COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH 

NO. 2-09-334-CV

DOROTHY MENEFEE, INDIVIDUALLY      APPELLANTS

AND AS NEXT FRIEND OF EVOLLA TUTT 

AND EVOLLA TUTT
 

V.

LOUIS E. COSTELLO, M.D., APPELLEES

JACQUELINE A. FRAZER, M.D.,

ADEL ZAKHARY, 
M.D., MID-CITIES 

NEUROLOGY ASSOCIATES, P.A., SCOTT 

HALL, M.D., JAMES M. BARRY, M.D.,

LEWIS JONES, M.D.,

DAN ALLAN WADDELL, D.O., ET AL.
 

 
 

----------

FROM THE 67TH DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellants’ “Motion To Dismiss Notice of Appeal.”  It is the court’s opinion that the motion should be granted; therefore, we dismiss the appeal.  
See
 
Tex. R. App. P.
 42.1(a)(1), 43.2(f).

Costs of the appeal shall be paid by appellants, for which let execution issue.  
See 
Tex. R. App. P.
 
42.1(d).

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  October 15, 2009

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.